# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

HAROLD HOLMES and SHIRLEY HOLMES,

    Plaintiffs,

v.

MICHAEL WALCKER, ET AL.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-3100-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

Judgment is entered in favor of the Plaintiff, Harold Holmes, in the amount of twenty-five thousand two hundred fifty dollars and 00/100s ($25,250.00), in addition to reasonable attorneys fees and other allowable costs, against the following Defendants: Michael Walcker, Bill DeHaven, Eric Twaits, TroyGiddings, Mike Dingle, Javin James, and Chan St. Clair.

Judgment is entered in favor of the Plaintiff, Shirley Holmes, in the amount of twenty-five thousand two hundred fifty dollars and 00/100s ($25,250.00), in addition to reasonable attorneys fees and other allowable costs, against the following Defendants: Michael Walcker, Bill DeHaven, Eric Twaits, Troy Giddings, Mike Dingle, Javin James, and Chan St. Clair.

| | |
|---|---|
| November 7, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Stevie Perry |
| | *(By) Deputy Clerk* |
| | Stevie Perry |