# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

HAROLD HOLMES and SHIRLEY HOLMES,

          Plaintiffs,

          v.

MICHAEL WALKER, ET AL,.

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-3100-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

Judgment is entered in favor of the Plaintiff, Harold Holmes, in the amount of twenty-five thousand two hundred fifty dollars and 00/100s ($25,250.00), in addition to reasonable attorneys fees and other allowable costs, against the following Defendants: Michael Walcker, Bill DeHaven, Eric Twaits, TroyGiddings, Mike Dingle, Javin James, and Chan St. Clair.

Judgment is entered in favor of the Plaintiff, Shirley Holmes, in the amount of twenty-five thousand two hundred fifty dollars and 00/100s ($25,250.00), in addition to reasonable attorneys fees and other allowable costs, against the following Defendants: Michael Walcker, Bill DeHaven, Eric Twaits, Troy Giddings, Mike Dingle, Javin James, and Chan St. Clair.

Judgement is entered so that the Plaintiffs, Harold Holmes and Shirley Holmes, shall be awarded costs and fees in the amount of fifty-five thousand dollars and 00/100s ($55,000.00). Payment by the State of Washington shall fully satisfy the Defendants' obligation to pay or reimburse the Plaintiffs for fees, expenses, and costs in this matter.

| | |
|---|---|
| January 9, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Stevie Perry |
| | *(By) Deputy Clerk* |
| | Stevie Perry |