UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAROLD HOLMES and SHIRLEY HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES WOODY, KITTITAS COUNTY, and THE KITTITAS COUNTY SPECIAL RESPONSE TEAM,<br><br>Defendants. | No. CV-06-3100-FVS<br><br>ORDER DISMISSING CLAIMS AGAINST THE KITTITAS COUNTY SPECIAL RESPONSE TEAM |

**THIS MATTER** comes before the Court on the Plaintiffs' Notice of Dismissal of Claims Against the Kittitas County Special Response Team, Ct. Rec. 47. The Plaintiffs are represented by Timothy D. Ford. Pursuant to an Offer of Judgement accepted by the Plaintiffs, this Court has previously entered Judgment in favor of the Plaintiffs against Michael Walcker, Bill DeHaven, Eric Twaits, Troy Giddings, Mike Dingle, Javin James, and Chan St. Clair. (Ct. Rec. 41.) The Court subsequently dismissed all claims and cross-claims asserted against Kittitas County and James Woody with prejudice. (Ct. Rec. 44.) The Plaintiffs having now filed a notice of dismissal consistent with Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1. The Plaintiffs' Notice of Dismissal of Claim Against the

ORDER DISMISSING CLAIMS AGAINST THE KITTITAS COUNTY SPECIAL
RESPONSE TEAM- 1

Kittitas County Special Response Team, **Ct. Rec. 47**, is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiffs' claims against the Kittitas County Special Response Team are **DISMISSED WITH PREJUDICE** and without attorneys' fees or costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE**.

**DATED** this  25th  day of February, 2008.

                        s/ Fred Van Sickle
                        Fred Van Sickle
                        United States District Judge

ORDER DISMISSING CLAIMS AGAINST THE KITTITAS COUNTY SPECIAL RESPONSE TEAM- 2